**BROWN & PIPKINS, LLC, (doing business as Acsential Services), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5061.

United States Court of Appeals, Federal Circuit.

March 8, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**IMMERSION CORPORATION, Plaintiff–Appellee,**

v.

**SONY COMPUTER ENTERTAIN-MENT AMERICA, INC. and Sony Computer Entertainment, Inc., Defendants–Appellants.**

No. 2006–1354.

United States Court of Appeals, Federal Circuit.

March 8, 2007.

### ORDER

The parties having so agreed, it is

**CHRISTIANA INDUSTRIES, INC., Plaintiff–Appellee,**

v.

**EMPIRE ELECTRONICS, INC., Defendant–Appellant.**

No. 2006–1596.

United States Court of Appeals, Federal Circuit.

March 8, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).